IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-24-13389

THE REVEREND DR. TIMOTHY "CHAZ" STEVENS

    Petitioner,

v.

THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA

    Respondent.

_____/

## **DEFENDANT SCHOOL BOARD OF BROWARD COUNTY'S NOTICE OF REMOVAL**

**I.**    **Background**

1. The Removing Party exercises his rights under the provisions of 28 U.S.C. §§ 1331 and 1441 to remove this case from the Seventeenth Judicial Circuit Court in and for Broward County, where it is now pending under the name and style of *The Reverend Dr. Timothy "Chaz" Stevens v. The School Board of Broward County, Florida.* Case no. CACE 24-13389.

2. 28 U.S.C. § 1441(a) provides:

   Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

3. This is a civil action that was instituted in state court and has not been tried. Plaintiff filed the Complaint in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, naming the School Board as a defendant. Plaintiff alleges that the

Defendant engaged in a Violation of the First Amendment (Count II). There are no other defendants other than the School Board of Broward.

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date in the action are attached hereto, collectively, as Exhibit A.

5. As set forth more fully below, this Court has subject matter jurisdiction under 28 U.S.C. § 1331, which confers original jurisdiction over all "civil actions arising under the Constitution, laws, or treaties of the United States."

## II. The Notice of Removal is Timely and Properly Filed

6. The Complaint was served on Defendant on September 20, 2024. The Complaint was the initial pleading received by the School Board and is filing this Notice of Removal within thirty days of receipt of this initial pleading. Therefore, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

## III. Procedural Compliance

7. Pursuant to 28 U.S.C. § 1441 *et seq*., the right exists to remove this case from the Seventeenth Judicial Circuit, where it is currently pending, to the United States District Court for the Southern District of Florida.

8. The United States District Court for the Southern District of Florida embraces the county in which the state circuit case is now pending, and thus, this Court is a proper venue for this action pursuant to 28 U.S.C. §88. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a). The Seventeenth Judicial Circuit is located within this District and cases arising in the Seventeenth Judicial Circuit are properly

removed to the United States District Court for the Southern District of Florida. *See* 28 U.S.C. §88.

9. Pursuant to 28 U.S.C. § 1446(b)(2)(A), there are no codefendants. Defendant filed this Notice of Removal, consents to the removal of this action, as evidenced by written confirmation presented.

10. Pursuant to 28 U.S.C. § 1446(d), the Removing Parties shall give Plaintiff Stevens written notice of the filing of this Notice of Removal and the Removing Party shall file the written notice of the filing of this Notice of Removal with the clerk of the Seventeenth Judicial Circuit, attaching thereto a copy of this Notice of Removal, and the documents attached to this Notice of Removal.

11. In filing this Notice of Removal, the Removing Parties do not waive, and specifically reserve, any and all objections as to service, personal jurisdiction, defenses, exceptions, rights, and motions. No statement herein or omission herefrom shall be deemed to constitute an admission by the Removing Parties of any of the allegations of or damages sought in this Complaint.

## **CONCLUSION**

WHEREFORE, this action now pending in the Seventeenth Judicial Circuit in and for Broward County is properly removed to this Court, and the Seventeenth Judicial Circuit "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: October 16, 2024                              Respectfully submitted,

By:   /s/ Robert Buschel
         Robert C. Buschel

BUSCHEL GIBBONS, P.A.
501 East Las Olas Boulevard
Third Floor
Fort Lauderdale, FL 33301
Tele:   (954) 530-5748 (direct)
Email: Buschel@BGlaw-pa.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using Florida Efiling on the date specified on the filing. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by Florida Efiling or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

BUSCHEL GIBBONS, P.A.

Plaintiff

/s/ Dr. Timothy 'Chaz' Stevens
Dr. Timothy 'Chaz' Stevens, Pro Se
980 N. Federal Highway, Suite 110
Boca Raton, FL 33432

Chaz Stevens, pro se
980 N. Federal Highway, Suite 100
Boca Raton, FL 33432