

WIKIPEDIA
The Free Encyclopedia

# WIKIPEDIA

# Chaz Stevens

**Timothy "Chaz" Stevens** (born August 31, 1964) is an American political activist, artist, software developer, and entrepreneur from Florida. He is active in local politics in Broward County, and has gained national notoriety for his colorful statewide and national advocacy for the separation of church and state. His local political activity has led to charges being filed against, and the decrease in popularity of, several local politicians, including two mayors and a former mayor of his hometown, Deerfield Beach, Florida. He was appointed twice to the Deerfield Beach Housing Authority board by one of the mayors he criticized. His activism for the removal of religion from government has included placing Festivus poles in multiple Florida cities and six U.S. state capitols to contrast with holiday season religious displays on government property, and requests to deliver Satanic invocations when government meetings allow prayer or other religious invocations. In many cases this has led to the government agencies removing the targeted religious activities. His activism is always satirical, sometimes artistic, and often obscene or profane.

He is also the CEO of ESADoggy or ESAD International, which provides ESA letters, certifying emotional support animals.

## Chaz Stevens



Stevens in 2015. Cap reads "Pole. erect yours"

| | |
|---|---|
| **Born** | Timothy Stevens<br>August 31, 1964<br>Newton, New Jersey, U.S. |
| **Alma mater** | Florida Tech |
| **Occupation(s)** | Entrepreneur, activist |
| **Years active** | 2004–present |
| **Notable work** | Festivus poles |
| **Title** | CEO of ESADoggy<br>Archbishop of Mount Jab Church |
| **Awards** | *New Times Broward-Palm Beach*:<br>• Best Gadfly 2010[1]<br>• Best Publicity Stunt 2014[2]<br>• Eight Best Activists in Broward County 2016[3] |

## Early life

Timothy Stevens[4][5] was born on August 31, 1964, in Newton, New Jersey, to Beatrice Fowler, and James G. Stevens.[6] He grew up in Fort Lauderdale, where his father was Vice-President of Human Resources at Holy Cross Hospital.[6][7][8] Stevens is an atheist.[9]

Stevens graduated Deerfield Beach High School in 1982, and earned a degree in applied mathematics from the Florida Institute of Technology, after which he worked as a computer programmer.[10][7] He served as a technology product developer for IBM, Coca-Cola and Walt Disney World.[11] He returned

to Deerfield Beach, a Fort Lauderdale suburb, in 2003, and was living there when he took up political activism.[7]

## Local activism

Stevens says that in 2004 he was watching a Deerfield Beach City Commission meeting on cable television and saw a commissioner vote on a pension plan for the city's firefighters, when her husband was a firefighter who would benefit from the vote. He put up street signs opposing the commissioner (that he had to remove and was fined for) and started a blog, MyActsOfSedition (that he kept). On it, he mercilessly criticized local politicians, often with obscenities.[7]

In 2008, Stevens's complaints led to the arrests of the then-Deerfield Beach mayor and a city commissioner on corruption charges.[7] This, and action urging authorities to investigate another Deerfield Beach commissioner, won him the *New Times Broward-Palm Beach* 2010 award for Best Gadfly.[1]

In April 2010, Stevens was appointed to the board of the Deerfield Beach Housing Authority, by the commissioner, now mayor, whom he had originally criticized in 2004. His appointment met with dismay from others on the board (calling him "a vile and despicable person").[12] He resigned at the end of May, facing ouster after forwarding authority records to an auditor.[13] He was reappointed in August 2011 for a period of only a few days, which ended when he made a racially charged remark about the Authority director.[14][15] A month later the Housing Authority adopted, then rescinded, a resolution banning obscene, profane, or vulgar public records requests, which was considered to be targeted directly at him.[16][17]

In 2011, following repeated complaints by Stevens since 2009, the other Deerfield Beach commissioner, who had also formerly served as mayor, vice-mayor, and county commissioner, surrendered to face five counts of falsifying business records related to a city loan to her brother.[18][19] Seven months later she was convicted of four of the charges.[20] When the charges were filed, Michael G. Kessler, head of the forensic accounting firm that had been hired to investigate Deerfield Beach records, created an award for an activist exposing governmental corruption, named "The Chaz Award" after Stevens.[21]

In 2013, a city commissioner of Dania Beach, Florida, cited Stevens's posting of a picture of her wearing glasses with a penis nose as the reason for her retirement. She had also been facing charges of faking her residence in Dania Beach, where a political opponent had filmed her comings and goings.[22]

In 2016, based on complaints by Stevens, the state ethics commission found probable cause that the then-mayor of Deerfield Beach had misused her office.[23] She died in 2017 before any further action could be taken.[24]

## Festivus poles

For five years before 2012, Stevens had unsuccessfully petitioned his home town of Deerfield Beach to take down the religious displays, a Hanukkah menorah and Christian nativity scene, that were put up annually next to a firehouse on the Hillsboro Boulevard. So, in December 2012, with the city's permission, Stevens instead installed a 8-foot (2.4 m) aluminum Festivus pole, made out of 23 beer cans, 6 feet (1.8 m) from the Baby Jesus.[25]



2013 PBR can Festivus pole at Deerfield Beach nativity scene

Festivus is a satirical winter holiday, parodying the commercial winter holidays, that was popularized on "The Strike", a 1997 episode of the *Seinfeld* television show. It involves "airing of grievances", "feats of strength", and an unadorned aluminum pole. Stevens had consulted with Allen Salkin, author of the book on the holiday, *Festivus: The Holiday for the Rest of Us*, who said that using beer cans for the pole would be completely within the spirit of Festivus.[26] Dan O'Keefe, who co-wrote "The Strike", after an O'Keefe family tradition, also approved after the fact.[27] Stevens used Pabst Blue Ribbon beer cans because it "got him through college";[9] however, he did not drink the beer himself, since as of 2013, he no longer drank.[28]

When the following year, Deerfield Beach passed a motion to ban all religious symbols on city property in response to the Festivus pole, Stevens had achieved his goal.[25][29] He would now go after bigger game.[30][31]

In December 2013, a private Florida group, with help from Chicago's Thomas More Society law firm, set up a nativity scene in the Florida State Capitol.[32] Stevens successfully petitioned to put up a 6-foot (1.8 m) Festivus pole, made of PVC and Pabst Blue Ribbon beer cans next to the nativity scene.[9][33] (Only 18 cans were used because of a height limit.[26]) Stevens made the gesture because he believes in the separation of church and state and disagreed with all religious expression on government property.[9][33] The displays were allowed inside the Capitol building because the state had designated its rotunda as a public forum.[33] The pole in the Capitol drew national coverage. *The Colbert Report* faked outrage and poked fun at Fox News journalist Gretchen Carlson, who voiced real outrage about her kids having to look at the Baby Jesus behind a pole made of beer cans.[34][35] Jon Stewart of *The Daily Show* also laughed at Carlson and referred to Stevens as the "General Patton of the War on Christmas".[36] After the pole was removed in January, Stevens put it up for auction on eBay, and sold it for $455, which he promised to donate to the Women in Distress Florida domestic violence center.[37] The combination of the poles in Deerfield Beach and the Capitol won Stevens recognition as "Best Publicity Stunt of 2014" from the *New Times Broward-Palm Beach* newspaper.[2]

In December 2014, Stevens again put up a Festivus pole at the Florida State Capitol, this time accompanied by one at the city of Delray Beach.[38][39]

In December 2015, Stevens expanded Festivus poles across the country. He said that though he was a privileged white heterosexual male, he was a lifelong ally of the gay community and supported the 2015 Supreme Court decision of *Obergefell v. Hodges* allowing gay marriage, but was angered when

Kim Davis refused to issue gay marriage licenses.[40] He and a group of supporters, organized as the Humanity Fund, put Festivus poles honoring gay pride at state capitols across the United States, especially targeting those dominated by conservatives.[40][41] These poles were no longer made of Pabst Blue Ribbon cans (as the company refused to sponsor the effort);[42] instead, they were 6 feet (1.8 m) or 6 feet 6 inches (1.98 m) of rainbow striped PVC crowned with an 8 inches (20 cm) diameter disco ball.[43] They were successfully placed at the capitols of Florida,[44] Georgia,[45] Illinois,[46] Michigan,[47] Oklahoma, and Washington state.[48] The Oklahoma pole met with opposition and anger from multiple state politicians, but was approved.[49][50][51][52] A proposal to put one at the Arkansas state capitol was rejected for reasons including trademark law and not specifying how the pole would be anchored.[53][52] The gay pride Festivus poles were accompanied by a fundraiser that hoped to raise $10,000 for LGBT youth organizations but only raised $800 in its first month.[54]


2015 Gay Pride Festivus pole at nativity scene

In December 2016, Stevens and attorney Tom Wright put up an anti-Donald Trump "Distresstivus" pole next to a Nativity scene on city-owned property in Deerfield Beach, and another in Delray Beach, Florida, a few yards from the city's 100 feet (30 m) tall Christmas tree.[55][56] These poles were only 5 feet (1.5 m) tall ("a shout-out to Donald's tiny hands", said Stevens),[55] wrapped with an upside-down U.S. flag, signifying distress, and topped with a Make America Great Again cap, held on by a giant safety pin, a symbol of support for minorities.[57][58] The one in Delray Beach was repeatedly vandalized; the hat was stolen within 24 hours, and the entire pole was stolen a few days later.[56] A new pole, this time with a Trump message on the pole instead of the flag, was placed a week later.[59]


Distresstivus pole, 2016

## Satan or Silence project

In 2014, after the United States Supreme Court decided *Town of Greece v. Galloway* by ruling that a town could be permitted to start its meetings with a prayer as long as it did not discriminate against minority faiths, Stevens requested that his home city, Deerfield Beach, allow him to say a Satanist prayer at the beginning of a council meeting.[60] Through 2015, Stevens expanded this request, presenting 11 South Florida municipalities that opened city commission meetings with a prayer with a choice, either cease the prayer, or allow him to lead a prayer to Satan. He called this his "Satan or Silence Project".[10] He said his invocations might include beer, nachos, and a mariachi band.[10]

Different cities reacted in different ways. Delray Beach removed its religious invocation.[10] Coral Springs, Dania Beach, and Deerfield Beach replaced their prayers with a moment of silence.[10][61][62] Lighthouse Point scheduled Stevens to give an invocation on July 12, 2016. Boynton Beach scheduled him for a January appearance, but only notified him four days prior, which led to him missing the

appearance.[10] Lake Worth initially accepted Stevens's request, then changed to not having invocations.[63][64] Lauderdale-by-the-Sea accepted the invocation, which Stevens delivered in July, accompanied by a blonde "Twerking Deacon of Sin".[65]

Lake County turned down Stevens's request, initially on the grounds that he did not live in the county, but its Commission Chairman said he would not allow the prayer even if Stevens became a resident.[66] When Stevens threatened a lawsuit, Liberty Counsel, a Florida-based evangelical Christian religious litigation organization, said they would defend Lake County in court.[67][68]

Pompano Beach changed its religious invocation requirements to an IRS non-profit status local congregation determined by research on the Internet, in the city Yellow Pages, or by the Chamber of Commerce.[69] In response, Stevens founded the First Pompano Beach Church of Satan, which shared a mailing address with a local parcel service, and offered salvation, cold beer, and an occasional stripper.[70][71] The city still denied Stevens's petition, saying that his stated intent to include twerking or a mariachi band indicated an intent to make a mockery of the proceedings instead of the solemn invocation required by policy.[72] In early 2016, Stevens, without specific permission, put up an inverted cross featuring an outline of Jesus and a butt plug in front of Pompano Beach city hall.[73]

In January 2016, Stevens erected an upside-down cross outside the city hall of Hallandale Beach. Stevens said it symbolized "Satanology", which he invented, and he placed it in response to a manger and menorah placed there during the holiday season, and to Hallandale mayor Joy Cooper's attempt to put an "In God We Trust" banner in commission chambers. The cross bore the inscription "In Chaz We Trust. All Others Pay Cash."[74]



Upside down cross outside the city hall of Hallandale Beach, Florida in 2016

Throughout March 2016, another Stevens-founded group called the Church of Satanic Activism protested presidential candidate Donald Trump at various events by wearing a giant penis costume with Trump's face.[75][76]

In November 2016, Stevens asked that the School District of Palm Beach County, which had allowed religious groups to pay to display promotional banners at its schools, allow him to put up a fence banner endorsing Satanology at Boca Raton High School. In response, the school district decided to stop accepting new applications for banners from religious groups.[77][78]

# Retirement from activism and work for ESAD International

In 2016, Stevens announced his retirement from activism to focus on entrepreneurship, his "remote mental healthcare business".[79] This was ESAD International, or ESADoggy, a business providing ESA letters to declare a pet as an emotional support animal, especially to allow them to accompany passengers on airplanes. ESAD works with a national network of licensed mental health clinicians that

require a 45-minute assessment for issuing a letter.[80] The definition of emotional support animals is not strongly regulated, and Stevens has been cited in support of proposed Florida and Michigan laws to criminalize ESA fraud.[80][81]

In 2021, Stevens returned to activism by mailing a gift of huge butt plugs to four Florida officials.[79]

## Return to activism

In November 2021, Stevens put up a "Fauci Claus" COVID-19–themed holiday display in the Florida capitol, featuring two cardboard cutouts. One was of Dr. Anthony Fauci, in charge of the national response to COVID-19 in his position as director of the National Institute of Allergy and Infectious Diseases, dressed as Santa Claus, and holding a Festivus pole. The other was of conservative political commentator Tucker Carlson, known for COVID-19 misinformation and opposition to Fauci, dressed as the Grim Reaper, who also holds a Festivus pole though this one has a scythe blade on top as the Grim Reaper is traditionally depicted holding a scythe.[82][83] This was placed as a religious display from Stevens's latest organization, "Mount Jab, Holy Church of the Vaccinated", of which he declared himself archbishop.[84]


Grim Tucker cutout, 2021

Other political artistic displays Stevens proposed to display in the capitol in 2022, including of governor Ron DeSantis on the cover of *Playboy magazine* and sex toys painted with the faces of DeSantis, U.S. representative Matt Gaetz, and former president Donald Trump, were rejected, even after Stevens tried to downgrade them to a blank sign.[85][11] In January 2022, Stevens minted a non-fungible token (NFT) bearing an illustration of Francis Suarez, mayor of Miami and an advocate of cryptocurrency, depicted with a penis for a nose. Proceeds were to go to Women in Distress.[86]

In April 2022, in response to the state of Florida banning 54 mathematics textbooks for referencing what it called critical race theory, and to passing House Bill 1467, giving parents more say in their school's school and library books, Stevens got national attention for writing petitions to 63 Florida school district superintendents requesting they ban the Bible from school classrooms and libraries.[11][87] The book's inappropriate content, he wrote, included killing children (including babies being smashed against rocks in Psalm 137), bestiality, cannibalism, murder, adultery, endorsement of slavery (such as in Ephesians 6), sexual immorality and fornication.[88][11] A different petition to Broward County Public Schools requested the removal of the Oxford English Dictionary.[88] Stevens also applied for a permit from the Tallahassee fire chief in order to burn a stack of bibles. As in his other projects, he said his motivation was to "use the weight of bureaucracy against itself".[11]

The Satan or Silence project resumed in June 2022, when Stevens requested equal time to open a meeting of the North Lauderdale city commission with an invocation to Satan. North Lauderdale halted its religious invocation pending review.[89] In July 2022, following the Supreme Court decision

in *Kennedy v. Bremerton School District* that a high school coach could pray after each game, Stevens reached out to the Broward County Public Schools asking to lead a Satanic invocation at a football game of Deerfield Beach high school, which he had attended.[90]

In August of 2022 in response to Texas Senate Bill 797, which requires Texas schools to display donated posters of the national motto "In God We Trust", Stevens launched a GoFundMe campaign to donate posters of the national motto written in Arabic, intending to invoke some Christians' discomfort with Islam.[91] State senator Bryan Hughes, who had sponsored the law, said Stevens's posters did not meet the law's requirements, and would not have to be displayed, since the quotation marks around the phrase implied those words had to be in English.[92][93]

# References

1. "Best Gadfly 2010" (https://www.browardpalmbeach.com/best-of/2010/people-and-places/best-gadfly-6359789). *New Times Broward-Palm Beach*. June 25, 2010. Retrieved July 12, 2022.
2. "Best Publicity Stunt 2014" (https://www.browardpalmbeach.com/best-of/2014/arts-and-entertainment/best-publicity-stunt-6360971). *New Times Broward-Palm Beach*. June 18, 2014. Retrieved July 12, 2022.
3. Iannelli, Jerry (April 11, 2016). "The Eight Best Activists in Broward County" (https://www.browardpalmbeach.com/news/the-eight-best-activists-in-broward-county-7699944). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.
4. Beatty, Robert (April 12, 2011). "Deerfield commissioner Sylvia Poitier facing corruption charges" (http://www.sfltimes.com/uncategorized/deerfield-commissioner-sylvia-poitier-facing-corruption-charges). *South Florida Times*. Retrieved July 12, 2022.
5. Norman, Bob (July 24, 2015). "Satanic prayer still a long shot in Pompano Beach" (https://www.local10.com/news/2015/07/24/satanic-prayer-still-a-long-shot-in-pompano-beach/). *WPLG*. Retrieved July 12, 2022.
6. Stevens, Chaz. "Timeline of Chaz Stevens" (https://mountjab.org/chaz-stevens/). *Mount Jab, The Church of Mars (tm)*. Retrieved July 12, 2022.
7. Norman, Bob (January 1, 2009). "Gadfly Chaz Stevens brought down a couple Deerfield Beach politicians" (https://www.browardpalmbeach.com/news/gadfly-chaz-stevens-brought-down-a-couple-deerfield-beach-politicians-6333372?showFullText=true). *New Times Broward-Palm Beach*. Retrieved July 10, 2022.
8. Talley, Jim (June 21, 1987). "HEADHUNTERS FIND LOTS OF SCALPS" (https://www.sun-sentinel.com/news/fl-xpm-1987-06-21-8702230573-story.html). *Sun Sentinel*. Retrieved July 12, 2022.
9. Axelbank, Evan (December 10, 2013). "Chaz Stevens: Deerfield man brings Festivus to Tally" (https://web.archive.org/web/20150811012757/https://www.wptv.com/news/state/chaz-stevens-deerfield-man-brings-festivus-to-tally). WPTV. Archived from the original (https://www.wptv.com/news/state/chaz-stevens-deerfield-man-brings-festivus-to-tally) on August 11, 2015. Retrieved July 12, 2018.
10. Geggis, Anne (October 7, 2015). "Self-described 'minion of Satan' to give invocation next year at Lighthouse Point City Hall" (https://www.sun-sentinel.com/local/palm-beach/fl-activist-seeks-satan-salute-20151007-story.html). *Sun-Sentinel*. Retrieved May 1, 2022.
11. Razzano, Tiffany (April 25, 2022). "Bible Removal From Public Schools Sought By South FL Activist" (https://patch.com/florida/miami/bible-removal-public-schools-sought-south-fl-activist). *Patch, Miami*. Retrieved April 30, 2022.

12. Francis, Thomas (April 21, 2010). " "That's Commissioner Chaz" " (https://www.browardpalmbeach.com/news/thats-commissioner-chaz-6439345). *New Times Broward-Palm Beach*. Retrieved June 13, 2022.

13. Francis, Thomas (June 1, 2010). "Chaz Stevens Resigns Ahead of Ouster From Deerfield Housing Authority" (https://www.browardpalmbeach.com/news/chaz-stevens-resigns-ahead-of-ouster-from-deerfield-housing-authority-6465897). *New Times Broward-Palm Beach*. Retrieved June 13, 2022.

14. Hendley, Matthew (August 9, 2011). "Chaz Stevens Back in the Saddle at the Deerfield Beach Housing Authority" (https://www.browardpalmbeach.com/news/chaz-stevens-back-in-the-saddle-at-the-deerfield-beach-housing-authority-6461488). *New Times Broward-Palm Beach*.

15. Barszewski, Larry (August 12, 2011). "Deerfield Beach mayor withdraws controversial appointment to city's housing authority" (https://www.sun-sentinel.com/news/fl-xpm-2011-08-12-fl-deerfield-housing-appointment-20110812-story.html). *Sun Sentinel*. Retrieved July 12, 2022.

16. Hendley, Matthew (September 19, 2011). "Deerfield Beach Housing Authority Attempting to Pass Possibly Unlawful Public Records Rule" (https://www.browardpalmbeach.com/news/deerfield-beach-housing-authority-attempting-to-pass-possibly-unlawful-public-records-rule-6450372). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.

17. Hendley, Matthew (September 22, 2011). "Deerfield Beach Housing Authority Rescinds Public Records Change, at Least Temporarily" (https://www.browardpalmbeach.com/news/deerfield-beach-housing-authority-rescinds-public-records-change-at-least-temporarily-6461255). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.

18. Gale, Kevin (April 13, 2011). "Poitier arrest vindicates activist Chaz Stevens" (https://www.bizjournals.com/southflorida/blog/2011/04/poitier-arrest-vindicates-activist.html). *South Florida Business Journal*. Retrieved July 12, 2022.

19. "Deerfield's Poitier Bonds Out On Corruption Charges" (https://www.cbsnews.com/miami/news/deerfields-poiter-to-face-criminal-charges/). *CBS Miami*. April 13, 2011. Retrieved July 12, 2022.

20. Hendley, Matthew (November 16, 2011). "Sylvia Poitier Found Guilty on Four Counts of Falsifying Public Records" (https://www.browardpalmbeach.com/news/sylvia-poitier-found-guilty-on-four-counts-of-falsifying-public-records-6456248). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.

21. Francis, Thomas (April 20, 2010). "Auditor Unloads on Deerfield Beach Housing Programs; Finds Evidence of Favoritism, Fraud" (https://www.browardpalmbeach.com/news/auditor-unloads-on-deerfield-beach-housing-programs-finds-evidence-of-favoritism-fraud-6472318). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.

22. McCoy, Terrence (July 29, 2013). "Pat Flury, Longtime Dania Beach Commissioner, Resigns Over Dick Drawing" (https://www.browardpalmbeach.com/news/pat-flury-longtime-dania-beach-commissioner-resigns-over-dick-drawing-6453906). *New Times Broward-Palm Beach*. Retrieved July 11, 2022.

23. Geggis, Anne (March 9, 2016). "State ethics board finds probable cause that Deerfield Beach mayor misused office" (https://www.sun-sentinel.com/local/broward/deerfield-beach/fl-deerfield-jean-robb-ethics-20160309-story.html). *Sun Sentinel*. Retrieved July 12, 2022.

24. Geggis, Anne (June 20, 2017). "Jean Robb, Deerfield Beach's mayor for 17 years, dies" (https://www.sun-sentinel.com/local/broward/deerfield-beach/fl-deerfield-jean-robb-dies-20170620-story.html). *Sun Sentinel*. Retrieved July 12, 2022.

25. Barkhurst, Ariel (December 7, 2012). " 'Festivus' pole goes up next to Nativity in Deerfield" (https://www.sun-sentinel.com/news/fl-xpm-2012-12-07-fl-festivus-pole-in-deerfield-20121207-story.html). *Sun-Sentinel*. Retrieved May 1, 2022.

26. Mayo, Michael (December 8, 2013). "Mayo: Is a beer can pole kosher for Festivus?" (https://www.sun-sentinel.com/news/fl-xpm-2013-12-18-sfl-mayo-beer-can-pole-20131218-story.html). *Sun Sentinel*. Retrieved May 1, 2022.

27. Suebsaeng, Asawin (December 12, 2013). " "Seinfeld" writer behind Festivus weighs in on conservative outrage over Christmastime Festivus pole protests" (https://www.motherjones.com/politics/2013/12/festivus-pole-protest-christmas-seinfeld-dan-okeefe-fox-news/). *Mother Jones*. Retrieved May 1, 2022.
28. Waxman, Olivia B. (December 9, 2013). "Florida Man Building Festivus Pole Out of PBR Cans" (https://newsfeed.time.com/2013/12/09/florida-man-building-festivus-pole-out-of-pbr-cans/). *Time*. Retrieved May 1, 2022.
29. Candea, Ben; Norman, Bob (December 3, 2013). "Religious symbols banned from Deerfield Beach property" (https://www.local10.com/news/2013/12/03/religious-symbols-banned-from-deerfield-beach-property/). WPLG. Retrieved May 1, 2022.
30. Neil, Martha (December 11, 2013). "Beer-can Festivus pole banned by Florida city is now on display in state capitol" (https://www.abajournal.com/news/article/beer-can_festivus_pole_banned_by_florida_city_is_now_on_display/). *ABA Journal*. Retrieved August 24, 2022.
31. Geggis, Anne (December 11, 2015). "From Deerfield, Festivus poles pop up around the country" (https://www.sun-sentinel.com/local/broward/deerfield-beach/fl-deerfield-festivus-pole-20151211-story.html). *Sun Sentinel*. Retrieved August 24, 2022.
32. "Nativity Scene To Make Its Way To State Capitol" (https://miami.cbslocal.com/2013/12/03/nativity-scene-to-make-its-way-to-state-capitol/). WFOR-TV. Associated Press. December 3, 2013. Retrieved May 1, 2022.
33. Palombo, Jessica (August 5, 2015). "Florida Man Airs Grievances With Festivus Pole in Capitol" (https://www.npr.org/2013/12/11/250200281/florida-man-airs-grievances-with-festivus-pole-in-capitol). NPR. Retrieved August 21, 2019.
34. Luippold, Ross (December 12, 2013). "Colbert Is Outraged Over Florida's Festivus Pole At The State Capitol" (https://www.huffpost.com/entry/colbert-florida-festivus_n_4432916). *HuffPost*. Retrieved July 12, 2022.
35. Weber, Katherine (December 13, 2013). "Fox News Host Loses It Over Florida Festivus Pole Blocking the Baby Jesus (VIDEO)" (https://www.christianpost.com/news/fox-news-host-loses-it-over-florida-festivus-pole-blocking-the-baby-jesus-video.html). *The Christian Post*. Retrieved July 12, 2022.
36. Stewart, John (December 13, 2013). "War on Christmas - S#@t's Getting Weird Edition - The Daily Show with Jon Stewart" (https://web.archive.org/web/20210226021421/https://www.cc.com/video/mgspsw/the-daily-show-with-jon-stewart-war-on-christmas-s-t-s-getting-weird-edition). Comedy Central. Archived from the original (https://www.cc.com/video/mgspsw/the-daily-show-with-jon-stewart-war-on-christmas-s-t-s-getting-weird-edition) on February 26, 2021. Retrieved July 12, 2022.
37. Funcheon, Deirdra (January 15, 2014). "Famous Festivus Pole Sells for $455 on eBay" (https://www.browardpalmbeach.com/news/famous-festivus-pole-sells-for-455-on-ebay-6453505). *New Times Broward-Palm Beach*. Retrieved June 13, 2022.
38. Joseph, Chris (October 23, 2014). "Festivus Pole to Be Erected Next to Manger in Delray Beach" (https://www.browardpalmbeach.com/news/festivus-pole-to-be-erected-next-to-manger-in-delray-beach-6457911). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.
39. Joseph, Chris (December 5, 2014). "Festivus Pole to Again Be Erected in Florida Capitol Rotunda" (https://www.browardpalmbeach.com/news/festivus-pole-to-again-be-erected-in-florida-capitol-rotunda-6437460). *New Times Broward-Palm Beach*. Retrieved July 12, 2022.
40. Stern, Mark Joseph (December 18, 2015). "Why This Florida Man Is Putting Up Gay-Pride-Themed Festivus Poles in State Capitols" (https://slate.com/human-interest/2015/12/florida-man-puts-up-gay-pride-festivus-pole-in-conservative-capitols.html). *Slate Magazine*. Retrieved July 11, 2022.
41. Nicks, Denver (December 23, 2015). "Meet the Man Putting Rainbow Festivus Poles Across America" (https://time.com/4160617/festivus-gay-poles/). *Time*. Retrieved July 10, 2022.

42. Funcheon, Deirdra (December 1, 2015). "Florida Man Declares "Gay War on Christmas" " (https://www.browardpalmbeach.com/news/florida-man-declares-gay-war-on-christmas-7426351). *New Times Broward-Palm Beach*. Retrieved July 11, 2022.
43. Paoletta, Rae (December 2, 2015). "We Have No Grievances With This Guy's 'Gay Pride Festivus Pole' Plans" (https://web.archive.org/web/20151208092603/http://www.mtv.com/news/2618454/gay-pride-festivus-pole-arkansas-capitol/). *MTV News*. Archived from the original (https://www.mtv.com/news/2618454/gay-pride-festivus-pole-arkansas-capitol/) on December 8, 2015. Retrieved July 10, 2022.
44. Galka, Matt (December 11, 2015). "Gay-pride Festivus pole arrives at Florida Capitol" (https://www.news4jax.com/news/2015/12/11/gay-pride-festivus-pole-arrives-at-florida-capitol/). *WJXT*. Retrieved July 11, 2022.
45. Bluestein, Greg (February 20, 2016). "A 'Gay Pride Festivus Pole' is coming to Georgia's Capitol | Political Insider blog" (https://web.archive.org/web/20160220100716/https://politics.blog.ajc.com/2015/12/17/a-gay-pride-festivus-pole-could-soon-land-in-georgias-capitol/). *Atlanta Journal-Constitution*. Archived from the original (https://politics.blog.ajc.com/2015/12/17/a-gay-pride-festivus-pole-could-soon-land-in-georgias-capitol/) on February 20, 2016.
46. Simonette, Matt (December 16, 2015). "State approves plan to bring Pride-themed pole to statehouse - Windy City Times News" (https://www.windycitytimes.com/lgbt/State-approves-plan-to-bring-Pride-themed-pole-to-statehouse/53706.html). *Windy City Times*. Retrieved July 11, 2022.
47. Oosting, Jonathan (December 14, 2015). "Cruz supporters stage live nativity at Michigan Capitol, others plan gay pride 'Festivus' pole" (https://www.mlive.com/lansing-news/2015/12/cruz_supporters_stage_live_nat.html). *MLive*. Retrieved July 11, 2022.
48. Burton, Lynsi (December 14, 2015). "Gay rights Festivus pole headed to Olympia Capitol" (https://www.seattlepi.com/seattlenews/article/Gay-rights-Festivus-pole-headed-to-Olympia-Capitol-6697656.php). *SeattlePI*. Retrieved July 11, 2022.
49. Wong, Curtis M. (December 18, 2015). "This Innocent Pole Has Some Politicians In Oklahoma Freaking Out" (https://www.huffpost.com/entry/this-innocent-pole-has-some-politicians-in-oklahoma-freaking-out_n_567478bbe4b0b958f656bada). *HuffPost*. Retrieved July 10, 2022.
50. "Oklahoma lawmakers angry about plans for 'Festivus Pole' at state Capitol" (https://www.koco.com/article/oklahoma-lawmakers-angry-about-plans-for-festivus-pole-at-state-capitol/4307402). *KOCO-TV*. December 17, 2015. Retrieved July 10, 2022.
51. Griffin, David (December 23, 2015). "Lawmakers Oppose Plans To Display 'Festivus Pole' At OK State Capitol" (https://www.news9.com/story/5e34bcf3e0c96e774b346f30/lawmakers-oppose-plans-to-display-festivus-pole-at-ok-state-capitol). *KWTV-DT*. Retrieved July 10, 2022.
52. "Chaz Stevens' 'Festivus Pole' approved for Oklahoma Capitol" (https://floridapolitics.com/archives/196827-chaz-stevens-festivus-pole-approved-for-oklahoma-capitol/). *Florida Politics*. FloridaPolitics. Associated Press. December 16, 2015. Retrieved July 10, 2022.
53. Lanning, Curt (December 1, 2015). "Man Applies to Place "Gay Pride Festivus Pole" at Capitol" (https://www.kark.com/news/local-news/man-applies-to-place-gay-pride-festivus-pole-at-capitol/285387365/). *KARK*. Retrieved July 10, 2022.
54. Westbury, Joe (December 17, 2015). "Festivus Pole in the Gold Dome?" (https://christianindex.org/stories/festivus-pole-in-the-gold-dome,406). *The Christian Index*. Georgia Baptist Convention. Retrieved July 11, 2022.
55. Mazza, Ed (December 2, 2016). "Atheist Sets Up Anti-Trump Festivus Pole At City's Christmas Display" (https://www.huffpost.com/entry/trump-festivus-pole-florida_n_5840f83ae4b09e21702dfa30). *HuffPost*. Retrieved July 11, 2022.
56. Chapman, Kristen (December 14, 2016). "Stolen Anti-Trump Festivus Pole Reappears At Delray's Christmas Display" (https://cbs12.com/news/local/stolen-anti-trump-festivus-pole-reappears-at-delrays-christmas-display). *WPEC*. Retrieved July 11, 2022.

57. "Symbolism of 'Festivus' pole raises questions" (https://www.wflx.com/story/33975001/symbolism-of-festivus-pole-raises-questions/). *WFLX*. December 6, 2016. Retrieved July 11, 2022.
58. "Anti-Trump Festivus Pole Pops up at Annual Holiday Display" (https://www.nbcnewyork.com/on-air/as-seen-on/festivus-pole-targets-trump_new-york-2/1742142/). *NBC New York*. December 8, 2016. Retrieved July 11, 2022.
59. Keegan, Charlie (December 14, 2016). "New Festivus pole up in Delray Beach" (https://www.wptv.com/news/region-s-palm-beach-county/delray-beach/festivus-pole-is-back-in-delray-beach-after-theft). *WPTV*. Retrieved July 11, 2022.
60. Peralta, Eyder (May 10, 2014). "Florida Rabble-Rouser Seeks To Open Civic Meeting With Satanist Prayer" (https://www.npr.org/sections/thetwo-way/2014/05/10/311300886/florida-rabble-rouser-seeks-to-open-civic-meeting-with-satanist-prayer). *NPR*.
61. Bryan, Susannah (October 14, 2015). "Dania Beach opts for silence to avoid devil prayer" (https://www.sun-sentinel.com/news/fl-satan-prayer-dania-20151014-story.html). *Sun Sentinel*. Retrieved July 11, 2022.
62. Stanford, Livi (October 21, 2015). "Man seeks Satanic invocation" (https://www.dailycommercial.com/story/news/2015/10/21/article-e9caa846-6643-5159-a464-fef7e87be110-html/64902360007/). *Daily Commercial*. Retrieved July 11, 2022.
63. Joseph, Chris (December 12, 2014). "Lake Worth to Let Atheist to Lead Satanic Invocation Before Commission Meeting" (https://www.browardpalmbeach.com/news/lake-worth-to-let-atheist-to-lead-satanic-invocation-before-commission-meeting-6438888). *New Times Broward-Palm Beach*. Retrieved July 11, 2022.
64. Neil, Martha (December 19, 2014). " 'Tis the season for lawsuits over holiday displays" (https://www.abajournal.com/news/article/holiday_litigation). *ABA Journal*. Retrieved July 11, 2022.
65. Mehta, Hemant (July 13, 2016). "Florida Satanist Invites "Forces of Darkness" to Bestow Power on Town Commission During Invocation" (https://friendlyatheist.patheos.com/2016/07/13/florida-satanist-invites-forces-of-darkness-to-bestow-power-on-town-commission-during-invocation/). *Friendly Atheist*. Retrieved July 13, 2022.
66. Shepard, Tyler (November 2, 2015). "Satanic prayer denied in Lake County" (https://web.archive.org/web/20151102185828/https://www.clickorlando.com/news/satanic-prayer-denial-causes-controversy-in-lake-county/36112692/). WKMG-TV. Archived from the original (https://www.clickorlando.com/news/satanic-prayer-denial-causes-controversy-in-lake-county/36112692/) on November 2, 2015. Retrieved May 9, 2022.
67. Hayes, Christal (October 28, 2015). "Liberty Counsel to defend Lake in satanic invocation fight" (https://www.orlandosentinel.com/news/lake/os-minion-satan-lawsuit-liberty-counsel-20151028-story.html). *Orlando Sentinel*. Retrieved June 13, 2022.
68. "Man sues Lake County to allow satanic prayer at commission meetings" (https://web.archive.org/web/20151206212134/https://www.wftv.com/news/news/local/man-sues-lake-county-allow-satanic-prayer-commissi/npBgL/). *WFTV*. October 29, 2015. Archived from the original (https://www.wftv.com/news/news/local/man-sues-lake-county-allow-satanic-prayer-commissi/npBgL/) on December 6, 2015. Retrieved June 13, 2022.
69. Geggis, Anne (July 15, 2015). "Pompano crafts new prayer policy to dodge the devil" (https://www.sun-sentinel.com/local/broward/pompano-beach/fl-pompano-satanic-invocation-avoidance-20150715-story.html). *Sun Sentinel*. Retrieved July 11, 2022.
70. Geggis, Anne (July 24, 2015). "First Pompano Church of Satan creeps closer to Pompano Beach commission invocation" (https://www.sun-sentinel.com/local/broward/pompano-beach/fl-pompano-first-church-satan-20150723-story.html). *Sun Sentinel*. Retrieved July 11, 2022.
71. Hijek, Barbara (July 27, 2015). "Report: First Church of Satan offers salvation, beer and a stripper" (https://www.courant.com/sfl-flduh-church-satan-beer-stripper-20150724-story.html). *Hartford Courant*. Retrieved July 11, 2022.

72. Hicap, Jonah (September 24, 2015). "City in Florida bows to Satanist's lawsuit threat, bans prayers at council meetings" (https://www.christiantoday.com/article/city-in-florida-bows-to-satanists-lawsuit-threat-bans-prayers-at-council-meetings/65538.htm). *Christian Today*. Retrieved July 11, 2022.
73. Mehta, Hemant. "Right Now, There's an Upside-Down Butt Plugged Jesus in Front of Pompano Beach (FL) City Hall" (https://friendlyatheist.patheos.com/2016/02/16/right-now-theres-an-upside-down-butt-plugged-jesus-in-front-of-pompano-beach-fl-city-hall/). *Friendly Atheist*. Patheos. Retrieved July 11, 2022.
74. "Man Erects Satanic Cross Outside Hallandale Beach City Hall In Protest" (https://www.cbsnews.com/miami/news/man-erects-satanic-cross-at-hallandale-beach-city-hall-in-protest/). *CBS Miami*. January 20, 2016. Retrieved July 10, 2022.
75. Wong, Curtis M. (March 4, 2016). "Donald Trump Is About To Get Trolled...By A Giant Penis Brigade" (https://www.huffpost.com/entry/donald-trump-phallus-protest_n_56d9b18ae4b03a40567853b3). *HuffPost*. Retrieved July 18, 2022.
76. Moye, David (March 15, 2016). "Giant Penis Trolls Trump — This Is 'Yuge'!" (https://www.huffpost.com/entry/protesters-show-donald-trump-is-peckerhead-with-giant-penis-costume_n_56e73a08e4b065e2e3d709a9?ec_carp=5255653902644318857). *HuffPost*. Retrieved July 18, 2022.
77. Solomon, Lois K. (June 7, 2017). "Satanic request prompts Palm Beach County schools to restrict banners on fences" (https://www.sun-sentinel.com/news/education/fl-pn-schools-banners-banned-20170607-story.html). *Sun Sentinel*. Retrieved July 11, 2022.
78. Marra, Andrew (June 6, 2017). "After Satanic request, PBC schools call for a ban on religious banners | Extra Credit" (https://web.archive.org/web/20170609051559/http://extracredit.blog.palmbeachpost.com/2017/06/06/14594). *Palm Beach Post*. Archived from the original (http://extracredit.blog.palmbeachpost.com/2017/06/06/14594) on June 9, 2017. Retrieved July 11, 2022.
79. Ceballos, Joshua (December 6, 2021). " "Naughty" Broward Officials Receive Gifts of Humongous Butt Plugs" (https://www.browardpalmbeach.com/news/miami-activist-mails-butt-plugs-to-naughty-florida-officials-12518614). *New Times Broward-Palm Beach*. Retrieved July 11, 2022.
80. Silk, Robert (August 29, 2019). "Fight over emotional support animals grows amid exploitation of the rules" (https://www.travelweekly.com/Travel-News/Airline-News/Fight-over-emotional-support-animals-grows-amid-exploitation-of-the-rules). *Travel Weekly*.
81. Westrick, Jodi (September 10, 2019). "With newly introduced bill, Michigan aims to crack down on fake support animals" (https://www.michiganradio.org/law/2019-09-10/with-newly-introduced-bill-michigan-aims-to-crack-down-on-fake-support-animals). *Michigan Radio*. Retrieved July 12, 2022.
82. Saliong, Sarah Mae (December 3, 2021). "Atheist Praises 'Fauci Claus' Then Gaslights Unvaccinated Christians, Labeling Them 'Biblically Satanic' " (https://www.christianitydaily.com/articles/14163/20211203/atheist-praises-fauci-claus-then-gaslights-unvaccinated-christians-labeling-them-biblically-satanic.htm). *Christianity Daily*.
83. Bella, Timothy. "Tucker Carlson falsely claims Anthony S. Fauci 'created' covid" (https://www.washingtonpost.com/health/2021/07/29/tucker-carlson-fauci-created-covid/). *Washington Post*. Retrieved August 24, 2022.
84. Schultz, Edan; Casey, Monica (November 30, 2021). " 'Fauci Claus' displayed at Florida Capitol" (https://www.wctv.tv/2021/11/30/fauci-claus-now-display-florida-capitol/). *WCTV*. Retrieved July 12, 2022. Also available as Schultz, Edan; Casey, Monica (November 30, 2021). " 'Fauci Claus' displayed at Florida Capitol" (https://www.msn.com/en-us/news/us/fauci-claus-displayed-at-florida-capitol/ar-AARj9ID). *MSN*.
85. Geggis, Anne (May 18, 2022). "Free speech activist says he's been blocked out of the Rotunda's Free Speech Zone" (https://floridapolitics.com/archives/525911-free-speech-activist-says-hes-been-blocked-out-of-the-rotundas-free-speech-zone/). *Florida Politics*. Retrieved July 13, 2022.
86. Ceballos, Joshua (January 13, 2022). "You Can Bid on a Francis Suarez NFT With a Penis for a Nose" (https://www.miaminewtimes.com/news/mayor-francis-suarez-inspires-new-dicknose-nft-13705333). *Miami New Times*. Retrieved July 18, 2022.

87. Schwartz, Matthew S. (April 26, 2022). "Florida man asks schools to ban Bible following the state's efforts to remove books" (https://www.npr.org/2022/04/26/1094740651/florida-man-asks-schools-to-ban-the-bible-following-the-states-efforts-to-remove). *NPR*.
88. Natanson, Hannah (April 28, 2022). "Fla. law made school book bans easier. So one man challenged the Bible" (https://www.washingtonpost.com/education/2022/04/28/bible-book-ban-florida/). *Washington Post*. Retrieved July 11, 2022.
89. Geggis, Anne (July 11, 2022). "North Lauderdale suspends its opening invocation as opening prayer to 'Satan' proposed" (https://floridapolitics.com/archives/538039-north-lauderdale-suspends-its-opening-invocation-as-opening-prayer-to-satan-proposed/). *Florida Politics*. Retrieved July 11, 2022.
90. Razzano, Tiffany (July 8, 2022). "Activist Asks To Lead Satanic Prayer At FL High School Football Game" (https://patch.com/florida/miami/activist-asks-lead-satanic-prayer-fl-high-school-football-game). *Miami, FL Patch*. Retrieved July 11, 2022.
91. "Florida activist wants to donate Arabic 'In God We Trust' signs to Texas schools" (https://www.dallasnews.com/news/education/2022/08/23/florida-activist-wants-to-donate-arabic-in-god-we-trust-signs-to-texas-schools/). *Dallas News*. August 23, 2022. Retrieved August 24, 2022.
92. Iati, Marisa (August 25, 2022). "Texas requires 'In God We Trust' signs in schools. A man wants some in Arabic" (https://www.washingtonpost.com/education/2022/08/25/texas-arabic-in-god-we-trust/). *Washington Post*. Retrieved August 26, 2022.
93. Davis, Wynne (August 26, 2022). "An activist plans to test Texas' 'In God We Trust' law with signs in Arabic" (https://www.npr.org/2022/08/26/1119488708/in-god-we-trust-texas-signs-arabic). *National Public Radio*. Retrieved August 26, 2022.

# External links

Retrieved from "https://en.wikipedia.org/w/index.php?title=Chaz_Stevens&oldid=1253980883"